# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval

          V.

Cristina N. Rodriguez

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09cv2876-DMS-JMA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Proceed IFP is Granted and the Complaint is Dismissed with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(I).

| January 27, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON January 27, 2010